THE PEOPLE OF THE STATE OF NEW YORK v. LEE AI.— Motion to dismiss appeal denied and appellant's time to file the record on appeal and appellant's points extended to and including the 15th day of November, 1931, with notice of argument

for December 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.